FILE COPY

DATE: 5/22/2015

RE: Case No. 15-0105

COA #: 12-14-00217-CV     TC#: 2013-0254-P-1

STYLE: BARBARA GAIL HARRIS
v. HAYDEN R. MAYFIELD, INDEPENDENT EXECUTOR OF THE
ESTATE OF HAYDEN R. MAYFIELD, DECEASED, AND
TRUSTEE UNDER THE WILL OF HAYDEN R. MAYFIELD

Today the Supreme Court of Texas denied the motion
for rehearing of the above-referenced petition for
review.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 26, 2015

TYLER TEXAS
CATHY S. LUSK, CLERK